# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FRANK D. CRAVANAS (#560274)                                    CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                                           NO. 15-0239-BAJ-RLB

## NOTICE

      Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

      In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein.  Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

      ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

      Signed in Baton Rouge, Louisiana, on July 17, 2015.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FRANK D. CRAVANAS (#560274)                                    CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                                           NO. 15-0239-BAJ-RLB

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On or about April 15, 2015, the *pro se* plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this proceeding, apparently pursuant to 42 U.S.C. § 1983, complaining that his constitutional rights were violated on April 3, 2015, when he was subjected to a sexually violative strip search by Capt. Russ at LSP and when he was thereafter denied due process in connection with prison disciplinary proceedings.

Pursuant to correspondence dated June 3, 2015 (R. Doc. 2), the plaintiff was directed to re-submit his Complaint on the Court's approved Complaint form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed motion to proceed *in forma pauperis* and Statement of Account, copies of which were attached to the referenced correspondence, certifying to the average six-month deposits and balance in his inmate account(s). The referenced correspondence specifically advised the plaintiff that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record by the Court reflects that, despite notification of the need to resubmit his Complaint and either pay the cost of filing suit in this Court or submit a properly completed motion to proceed *in forma pauperis* and Statement of Account within twenty-one

(21) days, the plaintiff has failed to respond to the Court's directive. In the absence of the requested information, the Court is unable to proceed forward with the plaintiff's case or determine an appropriate initial fee for compliance with the provisions of 28 U.S.C. § 1915(b)(1). Accordingly, because of the plaintiff's failure to correct the deficiencies of which he was notified, this action should be dismissed, without prejudice.

## RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed, without prejudice, for failure of the plaintiff to correct the deficiencies of which he was notified.

Signed in Baton Rouge, Louisiana, on July 17, 2015.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**