UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK D. CRAVANAS | CIVIL ACTION |
| VERSUS | |
| N. BURL CAIN, ET AL. | NO.:15-00239-BAJ-RLB |

### RULING AND ORDER

On July 17, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that the above-captioned matter, filed by Frank D. Cravanas ("Plaintiff"), be dismissed without prejudice for failure to correct the deficiencies of which he was notified. (Doc. 3).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 3 at p. 1). A review of the record reveals that Plaintiff has failed to file any objections.

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 3)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED WITHOUT PREJUDICE** for failure to correct the deficiencies of which Plaintiff was notified.

Baton Rouge, Louisiana, this 7th day of August, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**